16-30398

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of West Virginia _____
                                    (State)

Case number (If known): _____ Chapter 11 ____

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

2016 AUG 31 P 3: 58

SOUTHERN DISTRICT
WEST VIRGINIA

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Redbud Dock, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 6 – 2 6 6 9 1 1 4 |

4. **Debtor's address**

**Principal place of business**

PO Box 1051
Number     Street

_____

Catlettsburg, KY 41129
City          State     ZIP Code

Boyd
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State     ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____



Debtor    <u>Redbud Dock, LLC</u>                      Case number *(if known)*_____
         Name

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

        District _____ When _____ Case number _____
                              MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes. Debtor   *See Attached List*   Relationship _____

        District _____ When _____
                                     MM / DD / YYYY

        Case number, if known _____

---

Debtor   Redbud Dock, LLC
_____   Case number *(if known)*_____
Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| X 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Redbud Dock, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

X  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  I have been authorized to file this petition on behalf of the debtor.

X  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/31/2016
             MM / DD / YYYY

X _____           Zachary B. Burkons
Signature of authorized representative of debtor   Printed name

Title  Special Receiver

**18. Signature of attorney**

X _____   Date  8/31/16
Signature of attorney for debtor            MM / DD / YYYY

Stephen L. Thompson
Printed name

Barth & Thompson
Firm name

P.O. Box 129
Number    Street

Charleston                          WV        25321
City                                State     ZIP Code

304-342-7111                        sthompson@barth-thompson.com
Contact phone                       Email address

3751                                WV
Bar number                          State

**Fill in this information to identify the case:**

Debtor name  REDBUD DOCK, LLC

United States Bankruptcy Court for the:  SOUTHERN  District of  WV
(State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Community Trust Bank, Inc. PO Box 2947 Pikeville, KY | | | | | | Unknown |
| 2 | Caterpillar Financial Services Corp. 2120 West End Avenue Nashville, TN 37203 | | | | | | Unknown |
| 3 | CT Lien Solutions PO Box 29071 Glendale, CA 91209-9071 | | | | | | Unknown |
| 4 | MVB Bank, Inc. 400 Washington Street E Charleston, WV 25301 | | | | | | Unknown |
| 5 | Thermo Fisher Financial Services, Inc. 81 Wyman Street Waltham, MA 02454 | | | | | | Unknown |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____    Case number (if known)_____
                    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Debtor:  Redbud Dock, LLC

10.  Bankruptcy Cases Pending or Being Filed by a Business Partner or an Affiliate of the Debtor

1.  Debtor: Green Coal, LLC
    District:  Southern District of West Virginia
    Case Number, if known:

    Relationship: Affiliate
    When: 8/31/2016

2.  Debtor: Joint Venture Development, LLC
    District:  Southern District of West Virginia
    Case Number, if known:

    Relationship: Affiliate
    When: 8/31/2016

3.  Debtor: Producer's Coal, Inc.
    District:  Southern District of West Virginia
    Case Number, if known:

    Relationship: Affiliate
    When: 8/31/2016

4.  Debtor: Producer's Land, LLC
    District:  Southern District of West Virginia
    Case Number, if known:

    Relationship: Affiliate
    When: 8/31/2016

5.  Debtor: Appalachian Mining and Reclamation, LLC Relationship: Affiliate
    District:  Southern District of West Virginia     When: 8/31/2016
    Case Number, if known:

6.  Debtor: Sabbatical, Inc.
    District:  Southern District of West Virginia
    Case Number, if known: 3:16-bk-30247

    Relationship: Affiliate
    When: 5/18/2016

7.  Debtor: The Silo Golf Course LLC
    District:  Southern District of West Virginia
    Case Number, if known: 3:16-bk-30369

    Relationship: Affiliate
    When: 8/12/2016

8.  Debtor: The Little Kentucky Elk, LLC
    District:  Southern District of West Virginia
    Case Number, if known: 3:16-bk-30251

    Relationship: Affiliate
    When: 5/18/2016

9.  Debtor: Moussie Processing, LLC
    District:  Southern District of West Virginia
    Case Number, if known: 3:16-bk-30248

    Relationship: Affiliate
    When: 5/18/2016

10. Debtor: DJWV1, LLC
    District:  Southern District of West Virginia
    Case Number, if known: 3:16-bk-30249

    Relationship: Affiliate
    When: 5/18/2016

11. Debtor: DJWV2, LLC (Involuntary)         Relationship: Affiliate
    District: Southern District of West Virginia    When: 2/12/2016
    Case Number, if known: 3:16-bk-30062

12. Debtor: Southern Marine Services Limited     Relationship: Affiliate
           Liability Company (Involuntary)
    District: Southern District of West Virginia    When: 2/12/2016
    Case Number, if known: 3:16-bk-30063

13. Debtor: Southern Marine Terminal, LLC (Involuntary)   Relationship: Affiliate
    District: Southern District of West Virginia    When: 2/12/2016
    Case Number, if known: 3:16-bk-30064

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                    :   Case No.:
                                          :
REDBUD DOCK, LLC,                         :   Chapter 11
                                          :
          Debtor.                         :

## RESOLUTION REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Zachary B. Burkons**, declare under penalty of perjury that I am the duly appointed **Special Receiver** of **Redbud Dock, LLC ("Debtor")**, and that the following is a true and correct copy of the resolution adopted by the aforementioned Debtor, a Kentucky limited liability company, at a special meeting duly called and held on the 31st day of August, 2016.

## RECITALS

WHEREAS, the Debtor is subject to litigation with Peoples Bank, National Association ("**Bank**") in the Circuit Court of Cabell County, West Virginia – Business Court Division ("**State Court**"), a Civil Action No. 15-C-807 ("**State Court Case**"); and,

WHEREAS, on or about May 18, 2016, the Honorable Joanna I. Tabit entered the *Order Granting Peoples Bank, National Association's Motion to Appoint Special Receiver* ("**Original Receiver Order**"); and,

WHEREAS, pursuant to the Original Receiver Order, Judge Tabit appointed David G. Zatezalo ("**Mr. Zatezalo**") as the Special Receiver for the Debtor; and,

WHEREAS, the Original Receiver Order authorized Mr. Zatezalo to "fil[e] a petition in bankruptcy for [the Debtor]"; and,

WHEREAS, the Original Receiver Order vested Mr. Zatezalo with "the standing and all power and authority of: (i) the board of directors, shareholders, members, manager and general partner or partners of the [Debtor], or corporate officer(s) as the case may be"; and,

WHEREAS, on August 16, 2016, Judge Tabit entered that certain *Order Following August 15, 2016 Hearing* ("**Second Receiver Order**"); and,

WHEREAS, as set forth in the Second Receiver Order, Judge Tabit appointed Zachary B. Burkons as the successor Special Receiver to Mr. Zatezalo in order to continue operation within the receivership; and,

WHEREAS, Zachary B. Burkons, as Special Receiver for the Debtor with the power and authority as member and manager of the Debtor to file a petition for bankruptcy, has determined that it is in the best interest of the Debtor to file a voluntary petition in the United States Bankruptcy

Court for the Southern District of West Virginia ("**Bankruptcy Court**") pursuant to Chapter 11 of Title 11 of the United States Code.

## RESOLUTIONS

BE IT THEREFORE RESOLVED, that **Zachary B. Burkons**, as Special Receiver for the Debtor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Debtor in the Bankruptcy Court; and,

BE IT FURTHER RESOLVED, that **Zachary B. Burkons**, as Special Receiver for the Debtor, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and,

BE IT FURTHER RESOLVED, that **Zachary B. Burkons**, as Special Receiver for the Debtor, is authorized and directed to retain Stephen L. Thompson, Esq., and the law firm of Barth & Thompson, to represent the Debtor.

IN WITNESS WHEREOF, I have executed my name as Special Receiver of the Debtor on the date first above written.

Date: August 31, 2016                    **REDBUD DOCK, LLC**

                                          By: _____
                                          Print:  Zachary B. Burkons
                                          Title:  Special Receiver

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: : Case No.:
:
REDBUD DOCK, LLC, : Chapter 11
:
Debtor. :

## VERIFIATION OF CREDITOR MAILING MATRIX

I, **Zachary B. Burkons**, declare under penalty of perjury that I am the duly appointed **Special Receiver** of **Redbud Dock, LLC** ("**Debtor**"), and that I uploaded the attached creditor matrix.

Date: August 31, 2016                    **REDBUD DOCK, LLC**

By:
Print:  Zachary B. Burkons
Title:  Special Receiver

redbud mailing matrix

Community Trust Bank
PO Box 2947
Pikeville, KY 41501

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

MVB Bank, Inc.
400 Washington Street E
Charleston, WV 25301

Thermo Fisher Financial Services, Inc.
81 Wyman Street
Waltham, MA 02454

Peoples Bank, NA
138 Putnam Street
Marietta, OH 45750